E-FILED
Friday, 31 July, 2009  11:29:53 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **DEANNA L. HASTINGS,** )<br>  Plaintiff, )<br>v. )<br> )<br>**COMMISSIONER OF SOCIAL SECURITY,** )<br>**sued as Michael J. Astrue,** )<br> )<br>  Defendant. ) | Case No. 08-2190 |

## REPORT AND RECOMMENDATION

In March 2008, Administrative Law Judge Barbara J. Welsch (hereinafter "ALJ") denied Plaintiff Deanna Hasting's application for disability insurance benefits and supplemental security income. The ALJ found that Plaintiff was not disabled because she could still perform her past relevant work as well as other work that exists in the national economy.

In August 2008, Plaintiff filed a Complaint against Defendant, Michael Astrue, Commissioner of Social Security, seeking review of the ALJ's decision to deny her disability benefits and supplemental security income. In January 2009, Plaintiff filed a Motion for Summary Judgment (#12). In February 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#15).

After reviewing the record and the parties' memoranda, this Court recommended that Plaintiff's Motion for Summary Judgment (#12) be denied. Consistent with the Court's reasoning in the Report and Recommendation denying motion (#12), the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#15)** be **GRANTED**.

ENTER this 31st day of July, 2009.

                                                     s/ DAVID G. BERNTHAL
                                                     U.S. MAGISTRATE JUDGE