E-FILED
Thursday, 20 August, 2009  03:38:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DEANNA L. HASTINGS,              )<br>                                              )<br>           Plaintiff,          )<br>     v.                                 )<br>                                              )<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security,                 )<br>                                              )<br>           Defendant.         ) | Case No. 08-CV-2190 |

## ORDER

Reports and Recommendations (#17), (#18) were filed by Magistrate Judge David G. Bernthal in the above cause on July 31, 2009. On August 17, 2009, Defendant, Deanna L. Hastings, filed her Objections to the Reports and Recommendations (#19). Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objection, this court agrees with and accepts the Magistrate Judge's Reports and Recommendations (#17), (#18). This court agrees that Defendant's Motion for an Order Which Affirms the Commissioner's Decision (#15) should be GRANTED and Plaintiff's Motion for Summary Judgment or Remand (#12) should be DENIED.

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#17), (#18) are accepted by this court.

(2) Defendant's Motion for an Order Which Affirms the Commissioner's Decision (#15) is GRANTED and Plaintiff's Motion for Summary Judgment or Remand (#12) is DENIED.

(3) This case is terminated.

ENTERED this 20th day of August, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE